IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. CR-88-00034-08-DLJ |
| Plaintiff, | **ORDER** |
| v. | |
| Raynell Turner, | |
| Defendant. | |

Bond is exonerated in the above entitled case as to Defendant Raynell Turner

**IT IS SO ORDERED.**

Dated: February 21, 2008

D. Lowell Jensen
UNITED STATES DISTRICT JUDGE